JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY J. JOHNSON,<br><br>  Petitioner,<br><br>  v.<br><br>TEAUNA MIRANDA, Acting Warden,<br><br>  Respondent. | Case No. 2:25-cv-01879-JWH-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.    The petition is **DENIED**.

2.    This action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Dated: January 29, 2026

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE